**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BRADY LEITH,** | * |
| **Plaintiff,** | * |
| v. | Civil Action No. 12-421 |
| | * |
| **CAVALRY SPV I, LLC,** | |
| | * |
| **Defendant.** | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, BRADY LEITH, by and through undersigned counsel, hereby stipulates that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-styled action is hereby dismissed with prejudice. The parties shall each bear their own attorney's fees and costs.

Respectfully submitted,

s/ John R. Cox
JOHN R. COX (COX030)
Counsel for Plaintiff
JRC Legal
P. O. Box 3075
Daphne, Alabama 36526
Ph: (251) 517-4753
Fax: (888) 640-0720
E-Mail: jrc@jrcoxlaw.com